# EXHIBIT A



## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM ELLIS<br>LIBERTY MILITARY HOUSING<br>610 W ASH ST STE 1402<br>SAN DIEGO, CA 92101-3348 |
| **RE:** | **Process Served in California** |
| **FOR:** | Lincoln Military Property Management LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JAMIE GOETTLICH; STEVEN GOETTLICH; and ▮▮▮▮▮▮▮▮▮▮▮, a minor by his Guardian ad Litem LISA GOETTLICH // To: Lincoln Military Property Management LP |
| **CASE #:** | 37202200025476CUPOCTL |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/22/2022 at 12:57 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification, JUSTIN CLANCY  jclancy@livelmh.com |
| | Email Notification,  KIM ELLIS  kellis@livelmh.com |
| | Email Notification, JENNIFER SIMMONS  jennsimmons@livelmh.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Fri, Jul 22, 2022
**Server Name:**                             Delbert Salgado

| Entity Served | LINCOLN MILITARY PROPERTY MANAGEMENT LP |
|---|---|
| Case Number | 37-2022-00025476-CU-PO-CTL |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/23/2022** at 02:58:40 PM

Clerk of the Superior Court
By Jimmy Siharath, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PATRICK KNELLER; ARLEEN KNELLER; SAN DIEGO FAMILY HOUSING LLC, a California Limited Liability Company; [Additional Parties Attachment form is attached]

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMIE GOETTLICH; STEVEN GOETTLICH; and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, a minor by his Guardian ad Litem LISA GOETTLICH

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| San Diego County Superior Court<br>330 West Broadway, San Diego, CA 92101 | 37-2022-00025476-CU-PO-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Vaage/Elizabeth Teixeira, 110 W A ST STE 1075, San Diego, CA 92101, 619-338-0505

| DATE: *(Fecha)* 06/29/2022 | Clerk, by *(Secretario)* | J. Siharath | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JAMIE GOETTLICH, et al. v. PATRICK KNELLER, et al. | 37-2022-00025476-CU-PO-CTL |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☒ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Limited Partnership;
LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Limited Liability Company;
and DOES 1 through 50, inclusive

Page ___1___ of ___2___

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
07/22/2022
CT Log Number 541970202

## Service of Process Transmittal Summary

**TO:**   KIM ELLIS
LIBERTY MILITARY HOUSING
610 W ASH ST STE 1402
SAN DIEGO, CA 92101-3348

**RE:**   **Process Served in California**

**FOR:**   Liberty Military Housing Holdings LLC  (Assumed Name)  (Domestic State: DE)
LMH Holdings LLC (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JAMIE GOETTLICH; STEVEN GOETTLICH; and ▓▓▓▓▓▓▓▓▓▓, a minor by his Guardian ad Litem LISA GOETTLICH, // To: LMH Holdings LLC |
| **CASE #:** | 37202200025476CUPOCTL |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/22/2022 at 12:57 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  JUSTIN CLANCY  jclancy@livelmh.com |
| | Email Notification,  KIM ELLIS  kellis@livelmh.com |
| | Email Notification,  JENNIFER SIMMONS  jennsimmons@livelmh.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
877-467-3525
SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                Fri, Jul 22, 2022
**Server Name:**                         Delbert Salgado

| Entity Served | LIBERTY MILITARY HOUSING HOLDINGS LLC |
|---|---|
| Case Number | 37-2022-00025476-CU-PO-CTL |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PATRICK KNELLER; ARLEEN KNELLER; SAN DIEGO FAMILY HOUSING LLC, a California Limited Liability Company; [Additional Parties Attachment form is attached]

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMIE GOETTLICH; STEVEN GOETTLICH; and ▮▮▮▮▮▮▮▮, a minor by his Guardian ad Litem LISA GOETTLICH

</td><td>

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/23/2022** at 02:56:40 PM

Clerk of the Superior Court
By Jimmy Siharath, Deputy Clerk

</td></tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*

San Diego County Superior Court
330 West Broadway, San Diego, CA 92101

</td><td>

CASE NUMBER: *(Número del Caso):*
37-2022-00025476-CU-PO-CTL

</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Vaage/Elizabeth Teixelra, 110 W A ST STE 1075, San Diego, CA 92101, 619-338-0505

<table>
<tr><td>

DATE:  06/29/2022
*(Fecha)*

</td><td>Clerk, by<br>*(Secretario)*</td><td>J. Siharath</td><td>, Deputy<br>*(Adjunto)*</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

<table>
<tr><td>

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

</td><td>

**SUMMONS**

</td><td>

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

</td></tr>
</table>

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JAMIE GOETTLICH, et al. v. PATRICK KNELLER, et al. | 37-2022-00025476-CU-PO-CTL |

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☒ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Limited Partnership;
LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Limited Liability Company;
and DOES 1 through 50, inclusive

Page ___1___ of ___2___

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**



## Service of Process Transmittal Summary

**TO:**  KIM ELLIS
LIBERTY MILITARY HOUSING
610 W ASH ST STE 1402
SAN DIEGO, CA 92101-3348

**RE:**  **Process Served in California**

**FOR:**  San Diego Family Housing, LLC  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JAMIE GOETTLICH; STEVEN GOETTLICH; and ███████████████R., a minor by his Guardian ad Litem LISA GOETTLICH, // To: San Diego Family Housing, LLC |
| **CASE #:** | 37202200025476CUPOCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/29/2022 at 02:05 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  JUSTIN CLANCY  jclancy@livelmh.com |
| | Email Notification,  KIM ELLIS  kellis@livelmh.com |
| | Email Notification,  JENNIFER SIMMONS  jennsimmons@livelmh.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
877-467-3525
SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Fri, Jul 29, 2022
**Server Name:**              Delbert Salgado

| Entity Served | SAN DIEGO FAMILY HOUSING, LLC |
|---|---|
| Case Number | 37-2022-00025476-CU-PO-CTL |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td></td><td>

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*
</td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PATRICK KNELLER; ARLEEN KNELLER; SAN DIEGO FAMILY HOUSING LLC, a California
Limited Liability Company; [Additional Parties Attachment form is attached]

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMIE GOETTLICH; STEVEN GOETTLICH; and ▮▮▮▮▮▮▮▮▮▮, a minor by his
Guardian ad Litem LISA GOETTLICH

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**06/23/2022** at 02:56:40 PM
Clerk of the Superior Court
By Jimmy Siharath, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*

San Diego County Superior Court
330 West Broadway, San Diego, CA 92101
</td><td>

CASE NUMBER: *(Número del Caso):*
37-2022-00025476-CU-PO-CTL
</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Vaage/Elizabeth Teixeira, 110 W A ST STE 1075, San Diego, CA 92101, 619-338-0505

<table>
<tr><td>

DATE:
*(Fecha)*     06/29/2022
</td><td>Clerk, by
*(Secretario)*</td><td>J. Siharath</td><td>, Deputy
*(Adjunto)*</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JAMIE GOETTLICH, et al. v. PATRICK KNELLER, et al. | 37-2022-00025476-CU-PO-CTL |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff   ☒ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Limited Partnership;
LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Limited Liability Company;
and DOES 1 through 50, inclusive

Page __1__ of __2__

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Robert F. Vaage, Esq. (SBN 106437)
Elizabeth H. Teixeira, Esq. (SBN 259788)
LAW OFFICES OF ROBERT VAAGE
110 West A Street, Suite 1075
San Diego, CA 92101
Telephone: (619) 338-0505
Facsimile: (619) 338-0588
E-mail: rfvaage@vaagelaw.com
        eteixeira@vaagelaw.com

Attorneys for Plaintiffs
JAMIE GOETTLICH; STEVEN GOETTLICH;
and █████████████, a minor by his
Guardian ad Litem LISA GOETTLICH

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/23/2022** at 02:58:40 PM

Clerk of the Superior Court
By Jimmy Siharath, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| JAMIE GOETTLICH; STEVEN GOETTLICH; and █████ a minor by his Guardian ad Litem LISA GOETTLICH,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK KNELLER; ARLEEN KNELLER; SAN DIEGO FAMILY HOUSING LLC, a California Limited Liability Company; LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Limited Partnership; LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No:  37-2022-00025476-CU-PO-CTL<br><br>COMPLAINT FOR MONEY DAMAGES FOR:<br><br>(1) STRICT LIABILITY<br>(2) NEGLIGENCE<br>(3) PREMISES LIABILITY<br>(4) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS - BYSTANDER<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs JAMIE GOETTLICH, STEVEN GOETTLICH, and █████████████,

a minor by his Guardian ad Litem LISA GOETTLICH, allege as follows:

## JURISDICTION AND PARTIES

1.    The damages upon which this action is based occurred in the City of San Diego,

County of San Diego, State of California.

1

1     2.     At all times relevant herein, Plaintiff JAMIE GOETTLICH is and was an adult and

2  a resident of the County of San Diego, State of California.

3     3.     At all times relevant herein, Plaintiff STEVEN GOETTLICH is and was an adult

4  and a resident of the County of San Diego, State of California.

5     4.     At all times relevant herein, Plaintiff ███████████████, by and through

6  his Guardian ad Litem LISA GOETTLICH, is and was a minor and a resident of the County of San

7  Diego, State of California, residing with his parents, Plaintiffs JAMIE GOETTLICH and STEVEN

8  GOETTLICH. At the time of the events alleged, ██████████████. was 18 months old.

9     5.     At all times relevant herein, Defendant PATRICK KNELLER is and was an adult

10  and a resident of the County of San Diego, State of California.

11     6.     At all times relevant herein, Defendant ARLEEN KNELLER is and was an adult

12  and a resident of the County of San Diego, State of California.

13     7.     At all times relevant herein, Defendant SAN DIEGO FAMILY HOUSING LLC is

14  and was a California limited liability company and the owner of property located at The Village

15  NTC, in the County of San Diego, State of California.

16     8.     At all times relevant herein, Defendant LINCOLN MILITARY PROPERTY

17  MANAGEMENT LP is and was a Delaware limited partnership doing business in the County of

18  San Diego, State of California as a residential property management company.

19     9.     At all times relevant herein, Defendant LIBERTY MILITARY HOUSING

20  HOLDINGS LLC is and was a Delaware limited partnership doing business in the County of

21  San Diego, State of California, as a residential property management company.

22     10.    Plaintiffs are ignorant of the true names and capacities of defendants sued herein as

23  DOES 1 through 50 inclusive, and therefore sue these defendants by such fictitious names.

24  Plaintiffs will amend their complaint to allege their true names and capacities and causes of action

25  against said fictitiously named defendants when the same have been ascertained. Plaintiffs are

26  informed and believe and thereon allege that each of the defendants designated herein as a "DOE"

27  is responsible in some manner and liable herein to plaintiffs for their injuries and damages.

28     11.    Plaintiffs are further informed and believe and thereon allege that at all times herein

1   mentioned DOES 1 through 50, inclusive, were the agents, servants and employees of their co-

2   defendants and in doing the things hereinafter alleged were acting within the scope of their authority

3   as such agents, servants and employees with the permission and consent of their co-defendants,

4   except where stated otherwise below.

5       12.    Each of these acts and failures to act is alleged against each defendant whether acting

6   individually, jointly, or severally.  Each of the defendants or their alter egos agreed and conspired

7   with the others in the commission of these acts or failures to act.

8                **FACTUAL ALLEGATIONS**

9       13.    Defendants PATRICK KNELLER, ARLEEN KNELLER, and DOES 1 through 10,

10   (hereinafter referred to as "DOG OWNER Defendants") were the owners of a two-year-old

11   Rottweiler name Rico (hereinafter referred to as "Rico.")

12       14.    Plaintiffs are informed and believe that Defendants PATRICK KNELLER,

13   ARLEEN KNELLER, and DOES 1 through 10 are and were active-duty military personnel and/or

14   family of active-duty military personnel.

15       15.    Plaintiffs are informed and believe that the residences at The Village NTC are

16   owned and leased to active-duty military personnel and their families by Defendants SAN DIEGO

17   FAMILY HOUSING LLC and DOES 11 through 20.

18       16.    Plaintiffs are informed and believe and thereon allege that the properties at The

19   Village NTC are managed by Defendants LINCOLN MILITARY PROPERTY MANAGEMENT

20   LP, LIBERTY MILITARY HOUSING HOLDINGS LLC, and DOES 21 through 50.

21       17.    Plaintiffs and DOG OWNER Defendants at all relevant times were residents at The

22   Village NTC.

23       18.    Plaintiffs are informed and believe that as part of the privatization of military

24   housing for active-duty members and their families, including The Village NTC, Defendants SAN

25   DIEGO FAMILY HOUSING LLC, LINCOLN MILITARY PROPERTY MANAGEMENT LP,

26   LIBERTY MILITARY HOUSING HOLDINGS LLC and DOES 11 through 50 have additional

27   duties and responsibilities as set forth by the Department of Defense related to Family Housing

28   Management and Domestic Animal Control.

19.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC, LINCOLN MILITARY PROPERTY MANAGEMENT LP, LIBERTY MILITARY HOUSING HOLDINGS LLC and DOES 11 through 50, require the residents at The Village NTC to obtain defendants' written consent to have a pet on the premises and to complete a "Dog Addendum" to the lease.

20.     Plaintiffs are informed and believed that Defendants SAN DIEGO FAMILY HOUSING LLC, LINCOLN MILITARY PROPERTY MANAGEMENT LP, LIBERTY MILITARY HOUSING HOLDINGS LLC and DOES 11 through 50, in leasing property at The Village NTC to DOG OWNER Defendants, knew and permitted DOG OWNER Defendants to keep Rico on the premises.

21.     Plaintiffs are informed and believe that DOG OWNER Defendants raised Rico to be a guard dog.

22.     Plaintiffs are informed and believe that the Department of Defense, the Department of the Navy, and Marine Corps Housing Management consider Pit Bulls, Rottweilers, canid/wolf hybrids, or any other canine breeds with dominant traits of aggression to present an unreasonable risk to the health and safety of personnel in family housing areas, and therefore prohibit these dog breeds.

23.     Plaintiffs are informed and believe that defendants, and each of them, were aware that Rico lived at the premises owned, operated, and managed by Defendants SAN DIEGO FAMILY HOUSING LLC, LINCOLN MILITARY PROPERTY MANAGEMENT LP, LIBERTY MILITARY HOUSING HOLDINGS LLC and DOES 11 through 50, in violation of the Department of Defense's prohibition against Rottweilers in military family housing areas.

24.     Plaintiffs are informed and believe that residents complained about Rico's excessive barking and aggressive behavior to Defendants SAN DIEGO FAMILY HOUSING LLC, LINCOLN MILITARY PROPERTY MANAGEMENT LP, LIBERTY MILITARY HOUSING HOLDINGS LLC and DOES 11 through 50, and their agents, servants, and employees prior to the events described below.

///

4

25.     On October 20, 2021, Plaintiff JAMIE GOETTLICH and Minor Plaintiff ███████ ███████████ were lawfully in the alleyway behind their residence at 2708 Wasp Way at The Village NTC when Rico ran out of his owner's house and attacked and bit 18-month-old ███████ ███████████. Plaintiff JAMIE GOETTLICH was able to get the Rottweiler off of her son when Rico attacked and bit her. Plaintiff STEVEN GOETTLICH and neighbors witnessed both attacks and struck Rico multiple times trying to pry Rico's jaws from or getting him to release JAMIE GOETTLICH's arm. Rico was eventually pulled off JAMIE GOETTLICH and taken back to his owners' home where it is believed Rico turned on the owners' teenage daughter.

26.     Plaintiff JAMIE GOETTLICH witnessed her 18-month-old son being attacked and bitten by Rico.

27.     Plaintiff STEVEN GOETTLICH witnessed his wife JAMIE GOETTLICH and son ███████████ being attacked and bitten by Rico.

28.     Minor Plaintiff ███████████ sustained severe bite wounds to his upper arm, requiring urgent medical attention.

29.     Plaintiff JAMIE GOETTLICH sustained severe bite wounds to her arm, requiring urgent medical attention.

30.     Plaintiffs are informed and believe that Animal Control deemed the likelihood of another major incident involving Rico to be extremely high. Rico was therefore humanely euthanized for public and staff safety.

## FIRST CAUSE OF ACTION

## STRICT LIABILITY

*[Plaintiffs JAMIE GOETTLICH and ███████████ against*

*Defendants PATRICK KNELLER, ARLEEN KNELLER, and DOES 1 through 10]*

31.     Plaintiffs incorporate by reference all of the allegations in paragraphs 1 through 30 above as though fully set forth herein.

32.     DOG OWNER Defendants owned, kept, and controlled a Rottweiler dog named Rico.

33.     Plaintiffs are informed and believe that the Department of Defense considers

5

Rottweilers to have dominant traits of aggression and present an unreasonable risk to the health and safety of individuals and prohibit this dog breed in military family housing areas.

34.     Plaintiffs are informed and believe that Rico was trained by DOG OWNER Defendants to be a guard dog, and that Rico had an unusually aggressive and dangerous nature or tendency.

35.     Plaintiffs are informed and believe that DOG OWNER Defendants knew or should have known prior to the attack on Plaintiff JAMIE GOETTLICH and Minor Plaintiff ███████ ████████ that Rico had an unusually aggressive and dangerous nature or tendency.

36.     As a legal result of the unusually aggressive and dangerous nature or tendency of Rico, Plaintiff JAMIE GOETTLICH and Minor Plaintiff ████████████████, while legally in the alleyway at their property, were injured by the unprovoked attack and were bitten by Rico.

37.     Plaintiffs are informed and believe that Rico's unusually aggressive and dangerous nature or tendency was a substantial factor in causing harm to plaintiffs.

38.     As a result of the negligence and carelessness of DOG OWNER Defendants, and each of them, Plaintiff JAMIE GOETTLICH and Minor Plaintiff ████████████████ were hurt and injured in their health, strength and activity, sustaining injury to their bodies, and shock and injury to their nervous systems and person, all of which have caused and continue to cause said plaintiffs permanent injury in their health and physical ability, and will cause plaintiffs physical, mental and nervous pain and suffering, fright, grief, anxiety and apprehension, all to their general damage in an amount in excess of the jurisdictional limits of this court.

39.     As a further result of the negligence and carelessness of DOG OWNER Defendants, and each of them, Plaintiff JAMIE GOETTLICH and Minor Plaintiff ████████████████ were required to and did employ physicians, surgeons, and other healthcare providers to examine, treat and care for them and did incur medical, nursing and incidental expenses, and was further required to employ the services of friends, family members and other to provide nursing, household, and related services.  The exact amount of such expense is unknown to plaintiffs at this time, and inasmuch as the same is continuing and ongoing, plaintiffs will seek leave of the court to prove said amount at the time of trial.

6

**SECOND CAUSE OF ACTION**

**NEGLIGENCE**

*[Plaintiffs JAMIE GOETTLICH and ▓▓▓▓▓▓▓*

*against all Defendants]*

40.     Plaintiffs incorporate by reference all of the allegations in all preceding paragraphs above as though fully set forth herein.

41.     Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▓▓▓▓▓▓▓ claim that the Rottweiler owned by DOG OWNER Defendants bit them and that DOG OWNER Defendants are responsible for that harm.

42.     Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▓▓▓▓▓▓▓ were lawfully at the alleyway of their leased property at The Village NTC when they were attacked and bitten by the Rottweiler owned by DOG OWNER Defendants.

43.     Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▓▓▓▓▓▓▓ were severely injured by said Rottweiler.

44.     The attacks and bites by the DOG OWNER Defendants' Rottweiler were substantial factors in causing harm to Plaintiffs JAMIE GOETTLICH and ▓▓▓▓▓▓▓

45.     The DOG OWNER Defendants, as a result of their negligence and carelessness, are liable under Civil Code section 3342 to Plaintiffs JAMIE GOETTLICH and ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, who were bitten by defendants' Rottweiler.

46.     Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 were in possession, control, and management of the property referred to as The Village NTC where the injuries to Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▓▓▓▓▓▓▓ occurred.

47.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 controlled their tenants' use of the property by requiring approval of all dogs owned by tenants on the premises at The Village

7

1     NTC. Said defendants required a "Dog Addendum" to the lease.

2         48.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

3     HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

4     MILITARY HOUSINGHOLDINGS, LLC; and DOES 11 through 50, were aware that the

5     Rottweiler breed was considered by the Department of Defense, Department of the Navy, and U.S.

6     Marine Corps to have aggressive traits and presented an unreasonable risk to the health and safety

7     of personnel in military family housing areas.

8         49.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

9     HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

10     MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 owed a duty of care to

11     tenants to prevent injury from an attack by a vicious dog kept by a tenant on the leased property

12     when they had actual knowledge of the presence of a dangerous animal.

13         50.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

14     HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

15     MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 had a duty to enforce their

16     rules regarding dog ownership, which in part were for the safety of the residents at The Village

17     NTC.

18         51.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

19     HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

20     MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 had the ability to abate the

21     danger to their tenants and maintained sufficient control over the premises to forbid their tenants,

22     including DOG OWNER Defendants, from keeping their Rottweiler at The Village NTC or require

23     removal of Rico as a violation of the lease.

24         52.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

25     HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

26     MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 were aware that a Rottweiler

27     with an unusually aggressive and dangerous nature was at DOG OWNER Defendants' residence.

28         53.    The negligence of Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN

1  MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS,

2  LLC; and DOES 11 through 50 in failing to maintain a safe environment and failing to perform the

3  duties owed to their residents at The Village NTC, including plaintiffs, by allowing an aggressive

4  and dangerous Rottweiler on the premises was a substantial factor in causing harm to Plaintiff

5  JAMIE GOETTLICH and Minor Plaintiff ▮▮▮▮▮▮▮▮▮▮

6     54.    As a result of the negligence and carelessness of defendants, and each of them,

7  Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▮▮▮▮▮▮▮▮▮▮ were hurt and

8  injured in their health, strength and activity, sustaining injury to their bodies, and shock and injury

9  to their nervous systems and person, all of which have caused and continue to cause said plaintiffs

10  permanent injury in their health and physical ability, and will cause plaintiffs physical, mental and

11  nervous pain and suffering, fright, grief, anxiety and apprehension, all to their general damage in

12  an amount in excess of the jurisdictional limits of this court.

13     55.    As a further result of the negligence and carelessness of defendants, and each of

14  them, Plaintiff JAMIE GOETTLICH and Minor Plaintiff ▮▮▮▮▮▮▮▮▮ were

15  required to and did employ physicians, surgeons, and other healthcare providers to examine, treat

16  and care for them and did incur medical, nursing, and incidental expenses, and was further required

17  to employ the services of friends, family members, and others to provide nursing, household, and

18  related services.   The exact amount of such expense is unknown to plaintiffs at this time, and

19  inasmuch as the same is continuing and ongoing, plaintiffs will seek leave of the court to prove said

20  amount at the time of trial.

21                    **THIRD CAUSE OF ACTION**

22                     **PREMISES LIABILITY**

23              *[Plaintiffs JAMIE GOETTLICH and ▮▮▮▮▮▮▮▮▮▮*

24        *against Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY*

25             *PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING*

26                *HOLDINGS, LLC; and DOES 11 through 50]*

27     56.    Plaintiffs incorporate by reference all of the allegations in all preceding paragraphs

28  above as though fully set forth herein.

9

57.     Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 were in possession, control, and management of the property referred to as The Village NTC where the injuries to Plaintiff JAMIE GOETTLICH and Minor Plaintiff ███ ███████ occurred.

58.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 controlled their tenants' use of the property by requiring approval of all dogs owned by tenants on the premises at The Village NTC. Said defendants required a "Dog Addendum" to the lease.

59.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSINGHOLDINGS, LLC; and DOES 11 through 50, were aware that the Rottweiler breed was considered by the Department of Defense, Department of the Navy, and U.S. Marine Corps to have aggressive traits and presented an unreasonable risk to the health and safety of personnel in military family housing areas.

60.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 owed a duty of care to tenants to prevent injury from an attack by a vicious dog kept by a tenant on the leased property when they had actual knowledge of the presence of a dangerous animal.

61.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 had a duty to enforce their rules regarding dog ownership, which in part were for the safety of the residents at The Village NTC.

62.     Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

10

1  MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 had the ability to abate the

2  danger to their tenants and maintained sufficient control over the premises to forbid their tenants,

3  including DOG OWNER Defendants, from keeping their Rottweiler at The Village NTC or require

4  removal of Rico as a violation of the lease.

5       63.    Plaintiffs are informed and believe that Defendants SAN DIEGO FAMILY

6  HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

7  MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50 were aware that a Rottweiler

8  with an unusually aggressive and dangerous nature was at DOG OWNER Defendants' residence.

9       64.    The negligence of Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN

10  MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS,

11  LLC; and DOES 11 through 50 in failing to maintain a safe environment and performing the duties

12  owed to their residents at The Village NTC by allowing an aggressive and dangerous Rottweiler

13  on the premises was a substantial factor in causing harm to Plaintiff JAMIE GOETTLICH and

14  Minor Plaintiff ▮▮▮▮▮▮▮▮▮

15       65.    As a result of the negligence and carelessness of Defendants SAN DIEGO FAMILY

16  HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

17  MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50, and each of them, Plaintiff

18  JAMIE GOETTLICH and Minor Plaintiff ▮▮▮▮▮▮▮▮▮ were hurt and injured in

19  their health, strength and activity, sustaining injury to their bodies, and shock and injury to their

20  nervous systems and person, all of which have caused and continue to cause said plaintiffs

21  permanent injury in their health and physical ability, and will cause plaintiffs physical, mental and

22  nervous pain and suffering, fright, grief, anxiety and apprehension, all to their general damage in

23  an amount in excess of the jurisdictional limits of this court.

24       66.    As a further result of the negligence and carelessness of Defendants SAN DIEGO

25  FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY

26  MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50, and each of them, Plaintiff

27  JAMIE GOETTLICH and Minor Plaintiff ▮▮▮▮▮▮▮▮▮ were required to and did

28  employ physicians, surgeons and other healthcare providers to examine, treat and care for them and

11

1 │ did incur medical, nursing and incidental expenses, and was further required to employ the services

2 │ of friends, family members and other to provide nursing, household and related services. The exact

3 │ amount of such expense is unknown to plaintiffs at this time, and inasmuch as the same is

4 │ continuing and ongoing, plaintiffs will seek leave of the court to prove said amount at the time of

5 │ trial.

6 │ ### FOURTH CAUSE OF ACTION

7 │ ### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS - BYSTANDER

8 │ *[Plaintiffs JAMIE GOETTLICH and STEVEN GOETTLICH against All Defendants]*

9 │ 67.     Plaintiffs incorporate by reference all of the allegations in all preceding paragraphs

10 │ above as though fully set forth herein.

11 │ 68.     Plaintiff JAMIE GOETTLICH witnessed her 18-month-old son, ▮▮▮▮

12 │ ▮▮▮▮▮ being attacked and bitten by DOG OWNER Defendants' Rottweiler and was

13 │ aware that the Rottweiler was causing injuries to her son.

14 │ 69.     Plaintiff STEVEN GOETTLICH witnessed his wife JAMIE GOETTLICH and 18-

15 │ month-old son ▮▮▮▮▮▮ being attacked and bitten by DOG OWNER

16 │ Defendants' Rottweiler and was aware that the Rottweiler was causing injuries to his wife and son.

17 │ 70.     Plaintiff STEVEN GOETTLICH drove his wife and son to the emergency room as

18 │ they were bleeding from the dog-bite wounds.

19 │ 71.     DOG OWNER Defendants owned, kept, and controlled a Rottweiler named Rico.

20 │ They also trained Rico to be a guard dog. Rico had an unusually aggressive and dangerous nature

21 │ or tendency.

22 │ 72.     DOG OWNER Defendants were negligent in failing to control Rico, who escaped

23 │ and bit Plaintiffs JAMIE GOETTLICH and ▮▮▮▮▮▮ while they were lawfully

24 │ in the alleyway behind their home.

25 │ 73.     Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY

26 │ PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and

27 │ DOES 11 through 50, owed a duty to plaintiffs to keep the premises safe from vicious and

28 │ aggressive dogs, including the Rottweiler Rico.

74. Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50, were aware that Rico was a Rottweiler and had an aggressive nature and tendency.

75. Defendants SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LIBERTY MILITARY HOUSING HOLDINGS, LLC; and DOES 11 through 50, were negligent in their failure to keep the residents at The Village NTC, including plaintiffs, safe from vicious and aggressive dogs, like Rico.

76. Plaintiffs JAMIE GOETTLICH and STEVEN GOETTLICH suffered serious emotional distress as a result of witnessing the attacks by Rico, and the conduct of defendants, and each of them, was a substantial factor in causing said plaintiffs' serious emotional distress.

77. As a result of the negligence and carelessness of defendants, and each of them, plaintiffs JAMIE GOETTLICH and STEVEN GOETTLICH suffered severe emotional distress, including but not limited to suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame, all of which have caused and continue to cause permanent injury to said plaintiffs, all to their general damage in an amount in excess of the jurisdictional limits of this court.

78. As a further result of the negligence and carelessness of defendants, and each of them, plaintiffs JAMIE GOETTLICH and STEVEN GOETTLICH were required to and did employ physicians, surgeons and other healthcare providers to examine, treat and care for them and did incur medical, nursing and incidental expenses, and was further required to employ the services of friends, family members, and others to provide nursing, household and related services.  The exact amount of such expense is unknown to plaintiffs at this time, and inasmuch as the same is continuing and ongoing, plaintiffs will seek leave of the court to prove said amount at the time of trial.

///

///

///

13

**PRAYER FOR RELIEF**

Plaintiffs JAMIE GOETTLICH, STEVEN GOETTLICH, and ███████ by and through his Guardian ad Litem LISA GOETTLICH, seek judgment against Defendants and each of them as follows:

1. For general and/or non-economic damages incurred by plaintiffs according to proof;

2. For special damages, including medical, healthcare, and related expenses (past and future) incurred by plaintiffs, according to proof;

3. For loss of household services (past and future), according to proof;

3. For pre-judgment and post-judgment interest, if warranted;

4. For costs of suit incurred herein; and

5. For all other and further relief that the court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs JAMIE GOETTLICH, STEVEN GOETTLICH and ███████, by and through his Guardian ad Litem LISA GOETTLICH, hereby demand a trial by jury in this matter.

DATED: June 15, 2022                    LAW OFFICES OF ROBERT VAAGE

                                        By:   */s/ Elizabeth H. Teixeira*
                                              ELIZABETH H. TEIXEIRA
                                              ROBERT F. VAAGE
                                              Attorney for Plaintiffs

14

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| DIVISION: | Central |
| TELEPHONE NUMBER: | (619) 450-7073 |

| PLAINTIFF(S) / PETITIONER(S):     Jamie Goettlich et.al. |
|---|

| DEFENDANT(S) / RESPONDENT(S):  Patrick Kneller et.al. |
|---|

| GOETTLICH VS KNELLER [IMAGED] |
|---|

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 37-2022-00025476-CU-PO-CTL |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:   Joel R. Wohlfeil                                    Department: C-73

## COMPLAINT/PETITION FILED: 06/23/2022

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 12/02/2022 | 02:00 pm | C-73 | Joel R. Wohlfeil |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.** Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
  • **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
  • **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
  • **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827<br>BRANCH NAME: Central | |

| PLAINTIFF(S): Jamie Goettlich et.al. |
|---|
| DEFENDANT(S): Patrick Kneller et.al. |
| SHORT TITLE: GOETTLICH VS KNELLER [IMAGED] |

| STIPULATION TO USE ALTERNATIVE<br>DISPUTE RESOLUTION (ADR) | CASE NUMBER:<br>37-2022-00025476-CU-PO-CTL |
|---|---|

Judge: Joel R. Wohlfeil                                    Department: C-73

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)             ☐ Non-binding private arbitration

☐ Mediation (private)                     ☐ Binding private arbitration

☐ Voluntary settlement conference (private)    ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)            ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____            Date: _____

_____            _____
Name of Plaintiff                             Name of Defendant

_____            _____
Signature                                     Signature

_____            _____
Name of Plaintiff's Attorney                  Name of Defendant's Attorney

_____            _____
Signature                                     Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  06/29/2022                      _____
                                        JUDGE OF THE SUPERIOR COURT

| SDSC CIV-359 (Rev 12-10) | **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION** | Page: 1 |
|---|---|---|



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2022-00025476-CU-PO-CTL          CASE TITLE: Goettlich vs Kneller [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), **_and_**
        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
| --- | --- |
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

## Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u> Go to the court's ADR webpage at <u>www.sdcourt.ca.gov/adr</u> and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule <u>2.2.1</u> for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules <u>Division II, Chapter III</u> and Code Civ. Proc. <u>§ 1141.10 et seq</u> or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR</u>: Visit the court's ADR webpage at <u>www.sdcourt.ca.gov/adr</u> or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at <u>www.ncrconline.com</u> or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at <u>www.nclifeline.org</u> or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.