UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GOETTLICH, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PATRICK KNELLER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:   22CV1210-W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**[ECF No. 17]** |

　　　　On October 6, 2022, the Court issued a Scheduling Order Regulating Discovery and Other Pre-trial Proceedings.  ECF No. 14.

　　　　On February 23, 2023, the parties filed a Joint Motion to Amend the Scheduling Order.[1]  ECF No. 17.  The parties seek to continue the expert discovery deadlines by approximately one to three months.  Id. at 5.  In support, the parties state that while "Plaintiffs and the Lincoln Military Defendants have engaged in extensive written discovery[,]" "significant fact discovery from Plaintiffs and the Kneller Defendants must be completed before the Moving Parties' experts will have a complete set of facts from which they can render their opinions."  Id. at 4-5; see also Declaration of Timothy A.

---

[1] Defendants Patrick and Arleen Kneller are not parties to this motion as this action is stayed against them due to bankruptcy proceedings.  ECF No. 17 at 2.

1

Hanna In Support of Joint Motion to Amend Scheduling Order ("Hanna Decl.") at ¶ ¶ 4 and 8.  Plaintiffs have been unable to conduct discovery with the Kneller Defendants because the case as to the Kneller Defendants was stayed in light of the Knellers' pending bankruptcy case.  Id. at 4; Hanna Decl. at ¶ 5.  However, the Knellers' debt was discharged in the bankruptcy matter and now discovery with the Knellers can proceed.  Id. at 4; Hanna Decl. at ¶ 6.  In further support, the parties note that discovery pertaining to Plaintiffs Jamie Goettlich and S.G. Jr. "is continuing and ongoing" because they are still receiving treatment related to the incident at issue in this case.  Id. at 4; Hanna Decl. at ¶ 7.

Good cause appearing, the parties' joint motion is **GRANTED** as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | June 20, 2023 | No Change |
| Expert Disclosures | March 24, 2023 | July 10, 2023 |
| Rebuttal Disclosures | April 21, 2023 | July 31, 2023 |
| Expert Reports | March 24, 2023 | July 10, 2023 |
| Supplemental Reports | April 21, 2023 | July 31, 2023 |
| Confidential Settlement Statement & Participant List | July 28, 2023 | No Change |
| Mandatory Settlement Conference | August 7, 2023 @ 9:30 a.m. | No Change |
| Completion of Expert Discovery | July 21, 2023 | August 28, 2023 |
| Dispositive Motion Filing | August 18, 2023 | September 25, 2023[2] |
| Pretrial Disclosures | November 13, 2023 | January 2, 2024 |
| Meet and Confer | November 20, 2023 | January 8, 2024 |
| Proposed Pretrial Order | November 27, 2023 | January 16, 2024 |

---

[2] The parties do not request new deadlines for the remaining events; however, the dates must be continued so that the dispositive motion filing deadline is not before the close of expert discovery and to allow the Court sufficient time to rule on any pretrial motions prior to the final pretrial conference.

| | | |
|---|---|---|
| Proposed Final Pretrial Conference Order | December 4, 2023 | January 22, 2024 |
| Informal Letter Briefs | December 13, 2023 by 2:30 p.m. | January 31, 2024 by 2:30 p.m. |
| Pretrial Conference | December 18, 2023 @ 10:30 a.m. | February 5, 2024 @ 10:30 a.m. |

All other guidelines and requirements remain as previously set. ECF No. 14.

**IT IS SO ORDERED**.

Dated: 2/27/2023

Hon. Barbara L. Major
United States Magistrate Judge