UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GOETTLICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING LLC, et al.,<br><br>Defendants. | Case No.:   22CV1210-W (BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE TRIAL AND TRIAL RELATED DATES**<br><br>**[ECF No. 22]** |

On June 13, 2023, the parties filed a Joint Motion to Continue Trial and Trial Related Dates.  ECF No. 22.  The parties seek to continue the remaining case deadlines by 120 days.  Id. at 5.  In support, the parties state that Plaintiffs scheduled the Person Most Qualified deposition of Defendant Lincoln Military Property Management LP for May 3, 2023, but had to take the deposition off calendar because the day before the deposition, Defendant produced 100 pages of documents that required additional discovery and depositions and Plaintiffs' counsel was busy preparing for trial in another matter.  Id. at 3.  The parties further state that a "short" continuance is appropriate because "(1) the information just disclosed by the PMQ documents has shown the need for additional written discovery and depositions of necessary witnesses; (2) the

information just disclosed by the PMQ documents shows a need for potential new defendants to be added to the case, and (3) this is the first continuance of the pre-trial dates in this case.[1]" Id. at 4.  The parties note that this is a complex case where discovery was delayed due to the Kneller Defendants' bankruptcy case and that recent documents "may point fault to a new defendant that may need to be brought into the action." Id.  Finally, the parties argue that they will be prejudiced if they do not receive "this short continuance." Id.

Good cause appearing, the parties' joint motion is **GRANTED IN PART** as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | June 20, 2023 | September 20, 2023 |
| Expert Disclosures | July 10, 2023 | October 10, 2023 |
| Rebuttal Disclosures | July 31, 2023 | October 31, 2023 |
| Expert Reports | July 10, 2023 | October 10, 2023 |
| Supplemental Reports | July 31, 2023 | October 31, 2023 |
| Confidential Settlement Statement & Participant List | July 28, 2023 | October 27, 2023 |
| Mandatory Settlement Conference | August 7, 2023 @ 9:30 a.m. | November 7, 2023 @ 9:30 a.m. |
| Completion of Expert Discovery | August 28, 2023 | November 28, 2023 |
| Dispositive Motion Filing | September 25, 2023 | December 29, 2023 |
| Pretrial Disclosures | January 2, 2024 | April 1, 2024 |

---

[1] This is not the first continuance of the pre-trial dates in this case.  On February 23, 2023, the parties filed a Joint Motion to Amend the Scheduling Order.  ECF No. 17.  The parties sought to continue the expert discovery deadlines by approximately one to three months because while "Plaintiffs and the Lincoln Military Defendants have engaged in extensive written discovery[,]" "significant fact discovery from Plaintiffs and the Kneller Defendants must be completed before the Moving Parties' experts will have a complete set of facts from which they can render their opinions." Id. at 4-5; see also Declaration of Timothy A. Hanna In Support of Joint Motion to Amend Scheduling Order at ¶ ¶ 4 and 8.  Id. at 5.  On February 27, 2023, the Court issued an Order Granting Joint Motion to Amend Scheduling Order.  ECF No. 18.

| Meet and Confer | January 8, 2024 | April 8, 2024 |
|---|---|---|
| Proposed Pretrial Order | January 16, 2024 | April 15, 2024 |
| Proposed Final Pretrial Conference Order | January 22, 2024 | April 22, 2024 |
| Informal Letter Briefs | January 31, 2024 by 2:30 p.m. | April 29, 2024 |
| Pretrial Conference | February 5, 2024 @ 10:30 a.m. | May 6, 2024 @ 10:30 a.m. |

All other guidelines and requirements remain as previously set.  ECF Nos. 14 and 18.

**IT IS SO ORDERED**.

Dated:  6/14/2023

Hon. Barbara L. Major
United States Magistrate Judge