UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GOETTLICH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PATRICK KNELLER, et al.,<br><br>  Defendants. | Case No.: 22-cv-1210-W-BLM<br><br>**ORDER REGARDING PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |

On October 11, 2023, the parties filed a joint notice of settlement indicating that a settlement has been reached as to the entirety of this case, including with respect to minor S.G., Jr. (ECF No. 28.)

Civil Local Rule 17.1(a) provides that:

> No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment. All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.

*See* Civ. L.R. 17.1(a). The undersigned magistrate judge has been assigned to the case for consideration of a Petition for Approval of Minor's Compromise. (ECF No. 29.) The Court accordingly **ORDERS** as follows:

/ / /

### A. Petition for Approval of Minor's Compromise

A Petition for Approval of Minor's Compromise ("Petition") shall be filed on or before **October 30, 2023**. The Petition should address:

1. The compromised claims.
2. The terms of the settlement, with a copy of the settlement agreement (with the minor's name redacted) attached as an exhibit to the Petition.
3. The identity of the petitioner, including the petitioner's relationship to the minor plaintiff and the petitioner's financial stake in the matter, if any.
4. The parties' position(s) as to whether the settlement is fair, reasonable, and in the minor plaintiff's best interests.
5. Any other information the parties believe would assist this Court's review of the proposed compromise.

The Court strongly prefers that the Petition be filed as a joint motion by the parties. If this is not possible, the Petition should include a statement from the nonmoving party indicating whether the Petition is opposed and if so, on what basis.

### B. Motion for Appointment of Guardian Ad Litem

There is no indication on the Court's docket that a guardian ad litem has been appointed for S.G., Jr. in this case. A Motion for Appointment of Guardian Ad Litem, or a copy of the state court order appointing a guardian ad litem, if any, must be filed in conjunction with the Petition.

### C. Consent to Magistrate Judge Jurisdiction

The parties may consent to the jurisdiction of the undersigned magistrate judge for the limited purpose of entering an order approving the entire minor's settlement or compromise. *See* Civ. L.R. 17.1(a). If the parties wish to consent to the undersigned magistrate judge for approval of the minor's compromise, they must email the attached consent form to the district judge's chambers at efile_whelan@casd.uscourts.gov by no later than **October 23, 2023**. The consent form must be executed by the minor S.G., Jr., by and through his guardian ad litem, counsel for the minor, a client representative for the

settling defendants, and counsel for defendants. If the parties decline to consent to magistrate judge jurisdiction, the undersigned will issue a Report and Recommendation regarding the Petition to the district judge, pursuant to 28 U.S.C. § 636(c) and Civil Local Rule 72.1.

**IT IS SO ORDERED**.

Dated:  October 12, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GOETTLICH, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PATRICK KNELLER, et al.,<br><br>　　　　　　　　　　Defendants. | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**<br><br>Case No.: 22-cv-1210-W-BLM |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to enter an order approving the entire settlement or compromise of an action involving minors pursuant to Civil Local Rule 17.1(a). A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have this matter referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have United States Magistrate Judge Bernard G. Skomal conduct proceedings and rule in this case regarding the Petition for Approval of Minor's Compromise only.

Signature: _____

Print Name: _____
Plaintiff S.G., Jr., a minor, by and through his guardian ad litem

Date: _____

Signature: _____

Print Name: _____
Attorney for Plaintiff S.G., Jr., a minor, by and through his guardian ad litem

Date: _____

Signature: _____

Print Name: _____
Defendants San Diego Family Housing LLC and Lincoln Military Property Management LP

Date: _____

Signature: _____

Print Name: _____
Attorney for Defendants San Diego Family Housing LLC and Lincoln Military Property Management LP

Date: _____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Bernard G. Skomal, United States Magistrate Judge, to conduct proceedings and make rulings in this case regarding the Petition for Approval of Minor's Compromise in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____  
Date

_____  
Honorable Thomas J. Whelan  
United States District Judge